UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIJAH DOMINGUEZ, | * |
|  | * |
|  | * |
| Plaintiff, | * |
|  | * |
| v. | *    Civil Action No. 25-cv-13951-ADB |
|  | * |
| DAVID GOLDEN, | * |
|  | * |
| Defendant. | * |
|  | * |

<u>ORDER</u>

BURROUGHS, D.J.

On March 5, 2026, the Court ordered Plaintiff either to pay the filing fee or file a motion for leave to proceed *in forma pauperis* with his prison account statement. [ECF No. 3]. A copy of the Court's March 5 order was mailed to Plaintiff at FMC Devens. [ECF No. 4]. The envelope with the Court's order that was sent to Plaintiff on March 5, 2026, was returned as undeliverable on March 16, 2026. [ECF No. 5].

On March 18, 2026, a copy of the Court's March 5 order was mailed to Plaintiff at the Los Angeles Metropolitan Detention Cener in Los Angeles, California. [ECF No. 6]. On April 20, 2026, Plaintiff filed a motion for leave to proceed *in forma pauperis*. [ECF No. 7]. On June 1, 2026, the Court denied without prejudice Plaintiff's motion for leave to proceed *in forma pauperis*. [ECF No. 8]. The Court ordered Plaintiff to file a renewed motion and prison account statement by June 22, 2026. [<u>Id.</u>]. A copy of the Court's June 1 order was mailed to Plaintiff at the Los Angeles Metropolitan Detention Center in Los Angeles, California. [ECF No. 9]. The envelope with the Court's order that was sent to Plaintiff on June 1, 2026, was returned as undeliverable on June 15, 2026. [ECF No. 10].

Plaintiff has not informed the Court of any new address as required by this Court's local rules.  See District of Massachusetts Local Rule 83.5.5(h) (requiring *pro se* litigants to inform the clerk of any change of address within fourteen days of the change).

District courts have inherent power to dismiss cases for failure to prosecute.  See Link v. Wabash R.R. Co., 370 U.S. 626, 629 (1962) (noting that "[t]he authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted").  Given that Plaintiff has not informed the Court of any change of address, as required by Local Rule 83.5.5(h), and has not taken any further action in this case, the Court **DISMISSES** this case without prejudice.  The Clerk shall enter a separate order of dismissal.

IT IS SO ORDERED.

July 9, 2026                                          */s/ Allison D. Burroughs*
                                                      ALLISON D. BURROUGHS
                                                      UNITED STATES DISTRICT JUDGE